# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5145
_____

DOMINIQUE BEEKS,

    Appellant,

    v.

HMC ASSETS, LLC solely in its
capacity as separate Trustee of
CAM X Trust,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Kevin Blazs, Judge.

December 5, 2018

PER CURIAM.

    Because Appellant, Dominique Beeks, fails to establish any ground for reversal of the order on appeal, the order granting the motion for writ of possession after the foreclosure sale is affirmed on the merits.

ROBERTS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Dominique Beeks, pro se, Appellant.

August J. Stanton, III, and Diva N. Totten of Gasdick, Stanton & Early, P.A., Orlando, for Appellee.